Herman Brill v. Louis Abramowitz. — Motion granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

British Aluminium Company v. George N. Trefts. — Motion for new trial granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Leon Levy v. Marie M. Wolfe and Others. — Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

David Rothschild v. Interborough Rapid Transit Company. — Motion for reargument or to go to the Court of Appeals denied. See memorandum per curiam. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Application of Barnett L. Hollander and Another, Respondents, to Have Their Lien for Services as Attorneys Determined and Enforced against Isaac Voron and Leon Voron, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

. In the Matter of Daniel Cunningham, Deceased. — Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Edgar A. Reincke, Respondent, v. The Texas Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Abraham Velleman, Respondent, v. Sidney Blumenthal & Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Altoria Realty and Construction Company, Respondent, v. Peter Delacy, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Textile Sales Corporation, a Corporation, Appellant, v. Clifford Textile Company, a Corporation, Respondent. — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Nellie E. Peck, Respondent, v. Nehring Company, a Domestic Corporation, Appellant. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

William A. Beaudry, in Behalf of Himself, etc., and Another, Appellants, v. John W. McKinnon and Others, Respondents, Impleaded with Another. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

F. Augustus Heinze, Appellant, v. Assets Realization Company, Respondent. — Order affirmed, with ten dollars costs and disbursements.